**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:

DEBRA L. PETERSEN                                              CASE NO.    03-34101-LMK

    Debtors                                                              CHAPTER 7

JAMES B. RUTLAND and
CONSTANCE D. RUTLAND,

    Plaintiffs

v.                                                                                     ADVERSARY NO. 04-03009-LMK

DEBRA L. PETERSEN,

    Defendant.
_____/

**FINAL JUDGMENT FOR DEFENDANTS**

THIS MATTER was tried before the Court on January 26, 2005, upon the Complaint of Plaintiffs, James and Constance Rutland, to deny the Debtor a discharge pursuant to the provisions of 11 U.S.C. §727. The Court having considered the testimony of witnesses, argument of counsel, and reviewed pleadings and related documents submitted in the cause, and having entered its Memorandum of Opinion in favor of the Defendant, it is hereby

ORDERED AND ADJUDGED that final judgment be and same is entered in favor of Debra L. Petersen, and, accordingly, the Debtor shall receive her discharge.

DONE AND ORDERED at Tallahassee, Florida, this __26th__ day of April, 2005.

                                                                              LEWIS M. KILLIAN, JR.
                                                                              U. S. Bankruptcy Judge

cc:    All parties in interest